In the Interest of R.L.S., Juvenile Officer, Respondent,

v.

**L.L.S.B., Natural Mother, Appellant.**

**No. WD 47961.**

Missouri Court of Appeals, Western District.

April 19, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 31, 1994.

Application to Transfer Denied Aug. 15, 1994.

Gregg T. Hyder, Columbia, for appellant.

Elizabeth K. Magee, Columbia, for respondent.

Glen R. Ehrhardt, Columbia, Guardian ad Litem.

Before ULRICH, P.J., and BRECKENRIDGE and SPINDEN, JJ.

### *ORDER*

PER CURIAM:

Appeal by natural mother in termination of parental rights proceeding under § 211.447, RSMo Supp.1993.

Judgment affirmed pursuant to Rule 84.-16(b).